IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 09-cv-02462-CBS-KLM

MARCELLUS ROBERTS,
    Plaintiff,
v.

CENTRAL PARKING SYSTEM, INC.,
    Defendant.
_____

AMENDED ORDER OF REFERENCE AND ORDER[1]
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On April 29, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 13).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the case caption **Civil Action No. 09-cv-02462-CBS-KLM**.

---

[1] The Order dated May 4, 2010 is amended solely for the purpose of correcting the typographical error regarding the Trial Preparation Conference set for 2/25/**2011** at 03:00 p.m.

1

II.     Order of Reference

The Order of Reference dated January 25, 2010 (doc. # 3) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A settlement conference is currently set on October 14, 2010 at 1:30 p.m.  (*See* docs. # 10 and # 11).

III.    Order

The deadlines and settings set forth in the Scheduling Order dated April 26, 2010 (doc. # 11) remain unchanged.  The Final Pretrial Conference set on Monday January 31, 2011 at 9:30 a.m., the Trial Preparation Conference set on Friday February 25, 2011 at 3:00 p.m., and the five-day trial to a jury set on Monday March 14, 2011 at 8:30 a.m. will all take place before Magistrate Judge Shaffer in Courtroom A-402, 4th Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth St., Denver, Colorado.

DATED at Denver, Colorado, this 5th day of May, 2010.

BY THE COURT:

   s/Craig B. Shaffer   
United States Magistrate Judge