IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02462-CBS-KLM

MARCELLUS ROBERTS,
    Plaintiff,
v.

CENTRAL PARKING SYSTEMS, INC.,
    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff's "Unopposed Motion to Amend Complaint" (filed June 10, 2010) (doc. # 18). On May 4, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 15). The court having reviewed the Motion, the entire case file and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff's "Unopposed Motion to Amend Complaint" (filed June 10, 2010) (doc. # 18) is GRANTED.

    2.    The tendered "Amended Complaint and Jury Demand" (doc. # 18-1) is accepted for filing as of the date of this Order.

    3.    Defendant shall file its response to the Amended Complaint on or before June 25, 2010. *See* Fed. R. Civ. P. 15(a)(3).

1

DATED at Denver, Colorado, this 11th day of June, 2010.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge