**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-02462-CBS-KLM** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 31, 2011** | **Courtroom Deputy:**   Linda Kahoe |

MARCELLUS ROBERTS,                                          Jessica Clark Collier

      Plaintiff,

      v.

CENTRAL PARKING SYSTEM, INC.,                   Carrie A. Brantley
                                                                              Donald L. Samuels

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:        9:26 a.m.**
Court calls case.  Appearances of counsel.

Counsel advise the court that the parties have reached a settlement.

Mr. Samuels makes an oral motion to withdraw the Motion for Summary Judgment.

**ORDERED:**  Defendant's oral motion to withdraw the Motion for Summary Judgment is **GRANTED**.  The Motion for Summary Judgment, doc #[41] is **WITHDRAWN**.

**ORDERED:**  A Stipulated Motion to Dismiss is due on or before **FEBRUARY 28, 2011.**

HEARING CONCLUDED.

**Court in recess:         9:31 a.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.