IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 09-cv-02462-CBS-KLM

MARCELLUS ROBERTS,
    Plaintiff,
v.

CENTRAL PARKING SYSTEMS, INC.,
    Defendant.
_____

ORDER ON STIPULATION FOR DISMISSAL
_____

This civil action comes before the court on the parties' "Stipulation for Dismissal" (filed February 23, 2011) (Doc. # 48). On May 4, 2011, this civil action was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 16). The court now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his, her, or its own attorney fees and costs.

DATED at Denver, Colorado, this 23rd day of February, 2011.

                                                  BY THE COURT:

                                                  s/Craig B. Shaffer
                                                  United States Magistrate Judge